UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 20-3013 |
| v. | : Hon. Tonianne J. Bongiovanni |
| JUSTIN D. SPRY | : **SEALING ORDER** |

This matter having been brought before the Court upon application of Craig Carpenito, the United States Attorney for the District of New Jersey, Michelle Gasparian and Alexander E. Ramey, Assistant United States Attorneys, appearing), for an order sealing the Complaint and Arrest Warrant issued on this date, and for good cause shown,

IT IS on this 2nd day of June, 2020,

ORDERED that the Complaint, Arrest Warrant, and all related documents, except as necessary to effectuate the arrest of the defendant, be and hereby are sealed until the arrest of any defendant or until further Order of this Court.

Honorable Tonianne J. Bongiovanni
United States Magistrate Judge